```
ALAN BAUM (SBN: 42160)
CRIMINAL DEFENSE ASSOCIATES
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone (800) 313-9619
Facsimile (818) 313-6871

Attorney for defendant
JOE EDWARD DOMINGUEZ
```

IN THE UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> JOE EDWARD DOMINGUEZ, <br>     Defendant | Case No.: 07CR00031 LJO <br><br> Order Denying the Requested Continuance of the STATUS CONFERENCE |

The parties having stipulated, but an absence of good cause appearing on the face of the stipulation, therefore IT IS HEREBY ORDERED THAT the status conference set for Friday, March 2, 2007 at 9:00am remain on calendar.

IT IS SO ORDERED.

**Dated:   February 28, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES DISTRICT JUDGE