CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ. (SBN 42160)
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorney for Defendant
JOE EDWARD DOMINGUEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR00031 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE |
| vs. ) | SENTENCING |
| ) | |
| JOE EDWARD DOMINGUEZ, ) | Current Hearing Date: July 6, 2007 |
| ) | New Hearing Date: July 23, 2007 |
| Defendant. ) | NOTE TIME at 8:30 a.m. |
| ) | Honorable Lawrence J. O'Neill |
| ) | |
| _____ ) | |

Plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and Assistant United States Attorney, Sherrill A. Carvalho and defendant, JOE EDWARD DOMINGUEZ, by and through his counsel of record, Alan Baum, respectively, hereby stipulate to request that this Court re-schedule the sentencing hearing set for July 6, 2007 at 9:00 a.m. to July 23, 2007 at 9:00 a.m.

Attorney Alan Baum will be starting a murder trial in Reno, Nevada on June 18, 2007, that is estimated to last between 2 and 3 weeks.  There is a chance that the trial will not be over by the

time this matter is currently set for hearing on July 6, 2007. Counsel for defendant has another matter set before another judge of this court on July 23, 2007, at 10:00 a.m.

Based on the foregoing and by stipulation, the parties jointly request that the court re-schedule the sentencing hearing set on July 6, 2007 at 9:00 a.m. to July 23, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

Date: June 11, 2007_____

/s/ Sherrill A. Carvalho
Sherrill A. Carvalho
Assistant United States Attorney

Date: June 11, 2007

/s/ Alan Baum
Alan Baum
Attorney for Defendant

**O R D E R**

Having reviewed the parties stipulation requesting the re-scheduling of the sentencing hearing, the court hereby continues the hearing from July 6, 2007 at 9:00 a.m. to July 23, 2007 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   June 13, 2007**                     /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE